IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANUEL CHU JR.<br>*Plaintiff,* | § § § § | |
| v. | § § | Civil Action No. 4:25-cv-4568 |
| TAMI FAWCETT LLC AND<br>THOMAS ROBERT RUPEL,<br>*Defendants* | § § § § | |

## EXHIBIT A - INDEX OF MATTERS BEING FILED

A. Index of matters being filed with Notice of Removal

B. List of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number, and party of parties represented.

C. Plaintiff's Original Petition

D. Defendants' Original Answer and Jury Demand

E. Proof of Service on Defendant Tami Fawcett, LLC; and

F. Docket Sheet – 165th Judicial District Court of Harris County, Texas